William D. Hyslop
United States Attorney
Eastern District of Washington
Brian M. Donovan
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>$717,201.44 U.S. CURRENCY,<br><br>Defendant. | VERIFIED COMPLAINT FOR FORFEITURE *IN REM* |

Plaintiff, United States of America, by its attorneys, William D. Hyslop, United States Attorney for the Eastern District of Washington, and Brian M. Donovan, Assistant U.S. Attorney, brings this complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

I. <u>NATURE OF THE ACTION</u>

1. This is an action to forfeit and condemn to the use and benefit of the United States of America the following listed property, hereafter the "Defendant "Property," for violations of 18 U.S.C. § 1343, Wire Fraud.

VERIFIED COMPLAINT FOR FORFEITURE *IN REM* -1

## II. THE DEFENDANT *IN REM*

2. The Defendant Property consists of the following property:

$717,201.44 U.S. Currency seized from SunTrust Bank account ending in #8992.

## III. JURISDICTION AND VENUE

3. Plaintiff brings this action *in rem* in its own right to forfeit and condemn the Defendant Property. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355(a). This Court has *in rem* jurisdiction over the Defendant Property under 28 U.S.C. § 1355(b).

4. Upon the filing of this complaint, Plaintiff requests that the Court issue an arrest warrant *in rem* pursuant to Supplemental Rule G(3)(b), which Plaintiff will execute upon the property pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

5. Venue is proper in this district pursuant to 28 U.S.C. §1355(b)(1), because the acts or omissions giving rise to the forfeiture occurred in this district.

## IV. BASIS FOR FORFEITURE

6. Plaintiff repeats and re-alleges each and every allegation set forth in Paragraphs 1 through 5 above.

7. The United States alleges that the Defendant Property is subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) because it is

VERIFIED COMPLAINT FOR FORFEITURE *IN REM* -2

property constituting or derived from proceeds traceable to a violation(s) of 18 U.S.C. § 1343. Violations of 18 U.S.C. § 1343 are offenses constituting "specified unlawful activity" for the purposes of 18 U.S.C. § 981(a)(1)(C) by way of 18 U.S.C. § 1956(c)(7)(A) and 18 U.S.C. § 1961(1). As a result of the foregoing, the Defendant property is liable to condemnation and forfeiture to the United States for its use, in accordance with the provisions of 18 U.S.C. § 981.

## V. FACTS

8.     Benton County, Washington, routinely conducts business with Banlin Construction, LLC ("Banlin Construction"). Banlin Construction is a legitimate construction company, which is actively registered with the Washington Secretary of State. Its principal place of business is located in Kennewick, WA. Benton County currently contracts with Banlin Construction for various county projects, to include building construction and road maintenance.

9.     On or about December 6, 2019, the United States Secret Service (USSS) was contacted by Benton County and the Benton County Sheriff's Office and was made aware of a business email fraud scam that Benton County had fallen victim to by an unidentified individual(s).

10.    Benton County representatives advised the USSS that on October 28, 2019, the Benton County Auditor's Office had received an email from an individual(s) claiming to be Justin Griffich. In this email, Justin Griffich claimed to be an accountant who was working for Banlin Construction. From October 28, 2019 and

VERIFIED COMPLAINT FOR FORFEITURE *IN REM* -3

November 15, 2019, approximately 20 emails were sent between employees of Benton County and an individual(s) claiming to be Justin Griffich.

11.  The email address used by the unknown individual(s) was jgriffich@banlinconstructon.com (note, the fraudulent email address uses the word "construct**o**n", not "construct**i**on"). This email address was determined to not be a correct address for an employee with Banlin Construction. Currently, Banlin Construction has an employee named Justin Griff**et**h, with an email address of Justin@BanlinConstruction.com.  It appears the fraudulent email account was intended to mislead Benton County into believing that the fraudulent emails were in fact from Banlin Construction and that the fraudulent individual "Justin Griffich" was a legitimate employee of Banlin Construction.

12.  Upon information and belief, the fraudulent emails from the individual(s) posing as "Justin Griffich" sent on October 28, 2019, October 29, 2019, and October 30, 2019, were sent from and are traceable to IP addresses associated with servers located in India. In addition, the public domain registration information for BANLINCONSTRUCTON.COM indicates that domain is registered with Public Domain Registry, Unit No. 501, Nesco IT Park, Nesco Complex, Western Express Highway, Goregaon (East), Mumbai, Maharashtra 400063.

13.  Approximately 20 emails were sent between employees of Benton County and the fraudulent email address for an individual claiming to be "Justin Griffich" at Banlin Construction between October 28, 2019 and November 15, 2019.

VERIFIED COMPLAINT FOR FORFEITURE *IN REM* -4

The emails from the fraudulent account directed the Benton County Auditor's Office to change the banking deposit information for Banlin Construction. The emails further requested that Benton County expedite their updating of the new, fraudulent banking information and the payment as soon as possible. In particular, on October 28, 2019, Benton County received an email from the individual(s) claiming to be Justin Griffich in which Benton County was directed to deposit certain money that Benton County owed Banlin Construction into SunTrust bank account ending #8992.

14. On November 15, 2019, Benton County caused $740,216.79 to be transferred from Key Bank (representing Benton County) to SunTrust Bank account ending #8992. The transfer of funds was authorized by Benton County based on the transfer directions its employee(s) received from the aforementioned fraudulent emails. Following the transfer of the funds, the Benton County Auditor's Office sent a follow up email to the fraudulent email address after payment had been sent in order to confirm receipt. The fraudulent email address has not responded to that email as of this date.

15. The transfer of $740,216.79 from Benton County was deposited on November 15, 2019 into SunTrust bank account ending #8992 in the name of Kelly A. Simpson. SunTrust Bank account ending #8992 is not associated with Banlin Construction. Further, Kelly A. Simpson is not an employee or agent of Banlin Construction or any way associated with Banlin Construction. Accordingly, the

VERIFIED COMPLAINT FOR FORFEITURE *IN REM* -5

SunTrust bank account into which the fraudulently obtained funds were deposited has been determined to be a fraudulent account.

16.    On or about December 16, 2019, the USSS investigators spoke with a SunTrust Bank investigator. The investigator confirmed the fraudulent activity involving SunTrust Bank account ending #8992. The investigator stated that the account had been frozen and subsequently closed due to SunTrust Bank identifying the account as fraudulent after the deposit of $740,216.79 by Benton County, WA. Prior to the account being frozen, $23,015.35 had been debited from the account in multiple small transactions.  The amount remaining in the account at the time it was frozen was $717,201.44.

17.    On or about December 23, 2019, the USSS obtained a federal seizure warrant in regards to the Defendant Property. Thereafter, the seizure warrant was duly executed and the Defendant Property was seized by the USSS on January 6, 2020.

## VI. CONCLUSION

WHEREFORE, Plaintiff requests that the Clerk of the Court issue a warrant for the arrest of the Defendant Property; that notice of this action be given to all persons who reasonably appear to be potential claimants of interests in the property; that the Defendant Property be forfeited and condemned to the United States of America; that

//

//

//

VERIFIED COMPLAINT FOR FORFEITURE *IN REM* -6

Plaintiff be awarded its costs and disbursements in this action and for such other and further relief as this Court deems proper and just.

DATED this 5th day of February, 2020.

William D. Hyslop
United States Attorney

*s/ Brian M. Donovan*
Brian M. Donovan
Assistant United States Attorney

## VERIFICATION

I, Nicholas Provoncha, hereby verify and declare under penalty of perjury that I am a Special Agent with the United States Secret Service in Spokane, Washington, that I have read the foregoing Verified Complaint *in rem* and know the contents thereof, and that the matters contained in the Verified Complaint are true to my own knowledge, except those matters herein stated to be alleged on information and belief, and as to those matters I believe them to be true. The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States and information supplied to me by other law enforcement officers, as well as my investigation of this case, together with others, as a Special Agent.

I hereby verify and declare under penalty of perjury that the foregoing information is true and correct.

DATED this 5th day of February, 2020.

Nicholas Provoncha, Special Agent
United States Secret Service

VERIFIED COMPLAINT FOR FORFEITURE *IN REM* -7

JS 44 (Rev. 02/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

**DEFENDANTS**
$717,201.44 U.S. CURRENCY,

(b) County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant **BENTON**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Brian M. Donovan, AUSA, United States Attorney's Office, P.O. Box 1494, Spokane, WA 99210-1494 (509)353-2767

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☒ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | | | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | | ☐ 862 Black Lung (923) | |
| ☐ 195 Contract Product Liability | | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 850 Securities/Commodities/ Exchange |
| | | | | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
18 U.S.C. § 981

Brief description of cause:
Civil forfeiture of wire fraud proceeds

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____ DOCKET NUMBER _____

DATE: 02/05/2020

SIGNATURE OF ATTORNEY OF RECORD
*[signature]*
Brian M. Donovan, Assistant U.S. Attorney

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____