FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 12, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>$717,201.44 U.S. CURRENCY,<br><br>        Defendant. | No. 4:20-CV-05019-SAB<br><br>**ORDER GRANTING UNITED STATES' MOTION FOR DEFAULT JUDGMENT** |

Before the Court is Plaintiff's Motion for Default Judgment and Final Order of Forfeiture. ECF No. 11. Plaintiff is represented by Assistant United States Attorney Brian Donovan.

Plaintiff alleged in a Verified Complaint for Forfeiture *In Rem* that the Defendant property captioned above is subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C). ECF No. 1. The Court has jurisdiction over this matter under 28 U.S.C. § 1355, and venue is proper under the same statute.

The Defendant property being sought for forfeiture is described as follows:

$717,201.44 U.S. Currency seized from SunTrust Bank account ending in #8992.

On April 4, 2020, the United States Secret Service executed and returned the Warrant of Arrest *In Rem*. On April 7, 2020, the United States filed the executed warrant with the Court. ECF No. 5.

ORDER GRANTING UNITED STATES' MOTION FOR DEFAULT JUDGMENT ~ 1

On or about April 20, 2020 and April 21, 2020, all known and potential claimants were provided notice of this civil forfeiture action. ECF Nos. 6 and 7.

On June 17, 2020, a Clerk's Order of Default was entered against Kelly A. Simpson. ECF No. 10.

No timely claims to the Defendant property have been received or filed with the Court, and the deadline for filing timely claims has passed.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion for Default Judgment and Final Order of Forfeiture, ECF No. 11, is **GRANTED**.
2. The District Court Executive is directed to enter a default judgment against the interest of Kelly A. Simpson.
3. The Defendant property is hereby **forfeited** to the United States of America and no right, title, or interest shall exist in any other person or entity.
4. The United States Secret Service shall dispose of the forfeited property described herein in accordance with law.
5. The Court shall retain jurisdiction in the case for the purpose of enforcing or amending this Order.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, forward copies to counsel, and **close** the file.

**DATED** this 12th day of August 2020.



Stanley A. Bastian
Chief United States District Judge

ORDER GRANTING UNITED STATES' MOTION FOR DEFAULT JUDGMENT ~ 2