AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Aug 12, 2020**

SEAN F. McAVOY, CLERK

UNITED STATES OF AMERICA,
*Plaintiff*
v.
$717,201.44 U.S. CURRENCY,
*Defendant*

Civil Action No. 4:20-CV-05019-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Plaintiff's Motion for Default Judgment and Final Order of Forfeiture, ECF No. 11, is GRANTED.
The Defendant property is hereby forfeited to the United States of America and no right, title, or interest shall exist in any other person or entity.
The United States Secret Service shall dispose of the forfeited property described herein in accordance with law.
A default judgment against the interest of Kelly A. Simpson is entered.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Stanley A. Bastian on a Motion for Default Judgment.

Date: August 12, 2020

CLERK OF COURT

SEAN F. McAVOY

s/ Sara Gore
*(By) Deputy Clerk*
Sara Gore